Hon. Brian A. Tsucida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ19-266 |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER GRANTING AGREED MOTION TO EXTEND THE INDICTMENT DEADLINE |
| NATHAN COLLINS, | ) | |
| Defendant. | ) | |

THE COURT has considered the agreed motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about October 3, 2019 to November 3, 2019.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to November 3, 2019.

ORDER GRANTING AGREED MOTION TO
EXTEND THE INDICTMENT DEADLINE - 1
*USA v. Collins* / MJ19-266-PLM

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1     IT IS FURTHER ORDERED that the period of delay from on or about October 3, 2019 to November 3, 2019, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

    DONE this 23rd day of September, 2019

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Nathan Collins

ORDER GRANTING AGREED MOTION TO
EXTEND THE INDICTMENT DEADLINE - 2
*USA v. Collins* / MJ19-266-PLM

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100