UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>NATHAN COLLINS,<br><br>             Defendant. | CASE NO. CR19-0209-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 27) Defendant's sentencing memorandum and his letter to the Court (Dkt. No. 28). The Court hereby GRANTS the motion (Dkt. No. 27) for the reasons explained herein.

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Defendant seeks to maintain under his sentencing memorandum and his letter to the Court. (Dkt. No. 28.) The Court has reviewed the sealed material and finds that Defendant's interest in keeping the sensitive information confidential outweighs any public interest in its disclosure. The Government does not oppose the motion.

1     Therefore, Defendant's motion to seal (Dkt. No. 27) is GRANTED. The Clerk is
2 DIRECTED to maintain Docket Number 28 under seal.
3     DATED this 21st day of February 2020.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE